# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KATIE M. PULLINS, ET AL.                                                   PLAINTIFFS

v.                               Case No. 4:11CV00485 JMM

HOME DEPOT U.S.A., INC.                                                    DEFENDANTS

## ORDER

Pursuant to the stipulation of dismissal filed by the parties, this case is hereby dismissed with prejudice.  Each party will bear their own costs and attorneys fees.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 27th day of February, 2013.

_____
James M. Moody
United States District Judge