IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


RONALD B. BOBSON, JERMANIC CAREY,
TERRY LEE DESCARO, KENNETH HARPLEY,
DAVID JOHNSON, ESAU LEAL, CHARLES
MOORE, KATIE M. PULLINS, AND FRANK E.
SIMMONS JR.                                                                                         PLAINTIFFS


v.                                                Case No. 4:11CV00485 JMM


HOME DEPOT U.S.A., INC.                                                                    DEFENDANTS


**ORDER**

Pursuant to the stipulation of dismissal filed by the parties, this case is hereby dismissed with prejudice as to the claims of Separate Plaintiffs Marie Ann Anderson, Raymond Black, Sr., James Bowley, Robert M. Brassfield, Carmen Cabera, Cathey Cordell, Patrick Cramer, Shannon Fleischman, Carl Gardner, Todd M. Giammo, Kimberlee Greenfield, Edward Haikanis, Brent Hayes, Lorry Isenstein, Donald Love, Michael Moers, Phi Nguyen, Donald Patterson, Joseph Quartaro, William Richards, Jeffrey Schwerdtfeger, Bernard Stringfellow, Walton Sullivan, Robert William Howard, Kesa Wilson and Scott Zacher.  Each party will bear their own costs and attorneys fees.

IT IS SO ORDERED this 29th day of March, 2013.


James M. Moody
United States District Judge